UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SAAR,

    Plaintiff,                                       Hon. Ellen S. Carmody

v.                                                      Case No. 1:17-cv-41

TANGER FACTORY OUTLET
CENTERS, INC., et al.,

    Defendants.
_____/

## ORDER AND JUDGMENT

Consistent with the Opinion filed this day, Defendants' Motion for Judgment on the Pleadings, (ECF No. 26), is **granted** and Plaintiff's complaint is **dismissed**. Because the Court considered Plaintiff's response (ECF No. 27) in resolving Defendants' motion, Defendants' Motion to Strike the Untimely Filed Brief in Opposition to Defendants' Motion for Judgment on the Pleadings (ECF No. 28) is **denied**.

IT IS SO ORDERED.

Dated: January 12, 2018                                             /s/ Ellen S. Carmody
                                                                               ELLEN S. CARMODY
                                                                               U.S. Magistrate Judge